In the Matter of the Application of HENRY FEINSTEIN, Candidate for Member of Assembly, 18th Assembly District, Kings County, New York, DENIS P.

O'Leary, for Member of State Committee of the 18th Assembly District, Kings County, New York (Male), Irene Lowenkron, for Member of State Committee, 18th Assembly District, Kings County, New York (Female), Candidates Aggrieved, Appellants. S. Howard Cohen, President of the Board of Elections in the City of New York, and Others, Constituting the Board of Elections in the City of New York, and Samuel Chavkin, Objector, Respondents, for an Order Declaring Valid, Proper and Legally Effective, the Designating Petition Filed with the Board of Elections Designating the Petitioners as Candidates for the Respective offices of Member of Assembly, 18th Assembly District, Kings County, New York, State Committeeman (Male), State Committeeman (Female), 18th Assembly District, Kings County, New York, and to Place Petitioners' Names on the Official Primary Ballot.— Order dismissing appellants' petition for an order directing the Board of Elections of the City of New York to place their names upon the Democratic primary ballot of the 18th Assembly District of Kings county for the primary election to be held on August 11, 1942, as candidates for nomination to certain offices of said Assembly District, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.